NUMBER
13-99-629-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

CARLOS MARTINEZ,                                                             Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

___________________________________________________________________

 

                        On
appeal from the 103rd District Court 

                                 of Cameron County, Texas

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

Appellant, CARLOS MARTINEZ, attempted to perfect an
appeal from a judgment entered by the 103rd District Court of Cameron County, Texas, in cause number 99-CR-319-D.  








Upon review of the clerk=s record, it appeared
that the notice of appeal in this matter did not comply with Tex. R. App. P.
25.2(b)(3). 
Notice of this defect was given so that steps could be taken to correct
the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected, the appeal
would be dismissed.  To date, appellant
has failed to respond to this Court=s notice.

The Court, having examined and fully considered the documents on file,
appellant=s failure to properly
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 20th
day of June, 2002.